**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION**

| | | |
|---|---|---|
| **CHRISS SHEPPARD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. _____** |
| | § | |
| **LITTLE GIANT LADDER SYSTEMS,** | § | |
| **LLC d/b/a LITTLE GIANT LADDER** | § | |
| **SYSTEMS AND LOWES HOME** | § | |
| **CENTERS, LLC.,** | § | |
| | § | |
| **Defendants.** | § | |

### INDEX OF DOCUMENTS FILED IN STATE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C. § 1447(b), attached hereto are the following complete true and correct copies of all documents filed in the state court action:

1. Plaintiff's Original Petition – Filed July 23, 2024

2. Citation issued to Lowes Home Centers, LLC – Issued August 19, 2024 [served October 15, 2024]

3. Citation issued to Little Giant Ladder Systems, LLC d/b/a Little Giant Ladder Systems – Issued August 19, 2024

4. Executed Citation to Little Giant Ladder Systems, LLC d/b/a Little Giant Ladder Systems – Filed October 16, 2024

5. Notice from Court setting dismissal – Dated October 22, 2024

6. Affidavit of Service on Little Giant Ladder Systems, LLC d/b/a Little Giant Ladder Systems – Filed October 30, 2024

7. Court's Docket Sheet

Respectfully submitted,

**FEE, SMITH & SHARP, L.L.P**


*/s/ Scott W. Self*
**SCOTT W. SELF**
State Bar No. 24033176
sself@feesmith.com
**HUNTER R. TORMEY**
State Bar No. 24131718
htormey@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 (telephone)
(972) 934-9200 (facsimile)

**ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been E-SERVED to all attorneys of record in this cause of action on the 11th day of November, 2024.


*/s/ Scott W. Self*
**SCOTT W. SELF**